UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

William Mitchell,                                                        Civ. No. 17-1747 (SRN/LIB)

        Plaintiff,

vs.                                                                                                ORDER

Warden Watson, et al.,

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. The Petition for Writ of Habeas Corpus, [Docket No. 1], is **DENIED.**

2. This action is **DISMISSED with prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                              BY THE COURT:

DATED: January 2, 2018                                      s/Susan Richard Nelson
                                                          SUSAN RICHARD NELSON
                                                          United States District Judge